UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

THOMAS SMALLS,

  Plaintiff,

-vs-                                     CASE NO.: 3:15-CV-01313-J-34-PDB

LENDMARK FINANCIAL SERVICES, INC.,

  Defendant.
_____/

**NOTICE OF SETTLEMENT**

Plaintiff, THOMAS SMALLS, by and through her undersigned counsel, hereby notifies the Court that the parties, Plaintiff, THOMAS SMALLS, and Defendants, LENDMARK FINANCIAL SERVICES, INC., have reached a settlement with regard to this case, and are presently drafting, and finalizing the settlement agreement, and general release documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on April 28, 2016, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System: R. Carter Burgess 10407 Centurion Parkway North, Suite 200 Jacksonville FL 32256 via facsimile and U.S. Mail on this 28 day of April, 2016.

*/s/Frank H. Kerney, III, Esquire*
Frank H. Kerney, III, Esquire
Florida Bar #:  88672
Morgan & Morgan, Tampa,  P.A.
One Tampa City Center
201 N. Franklin Street, 7th Floor
Tampa, FL 33602
Tele:  (813) 223-5505
Fax:  (813) 223-5402
fkerney@forthepeople.com
jkneeland@forthepeople.com
Attorney for Plaintiff